CARTER CARTER FRIES & GRUNSCHLAG
BRIAN M. CARTER [SBN 132710]
MICHELLE Q. CARTER [SBN 184005]
44 Montgomery Street, Suite 2405
San Francisco, CA  94104
Email:       michelle@carterfries.com
Telephone:   (415) 989-4800
Facsimile:   (415) 989-4864

Attorneys for Plaintiff KOCH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE KOCH,<br><br>    Plaintiff,<br><br>vs.<br><br>SANTA ROSA JUNIOR COLLEGE, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:13-cv-04512-EDL<br><br>**STIPULATION CONTINUING ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>Hon. William H. Orrick |

WHEREAS this matter is set for a case management conference on January 14, 2014, and an ADR phone conference on January 9, 2014; and

WHEREAS lead counsel for plaintiff Brian Carter will be in a remote Micronesian island group (Palau) returning to the US on January 16, 2014; and

WHEREAS counsel for defendants has agreed to a 2 week continuance of the Case Management Conference to January 28, 2014 or later date convenient to the Court; and

WHEREAS the parties through their counsel further agree that the ADR phone conference be continued to January 23, 2014 or later date convenient to the Court; and

WHEREFORE, the parties, via their respective counsel, hereby stipulate and respectfully request that the Court continue the ADR phone conference from January 9 to January 23, 2014, continue the Case Management Conference from January 14 to January 28, 2014, and continue

the deadline to file Rule 26(f) Report, complete initial FRCivP 26(a)(1) disclosures or state objection in Rule 26(f) Report and file the Case Management Statement to January 21, 2014.

Dated: January 3, 2014                                    Respectfully submitted,

                                                    Carter Carter Fries & Grunschlag

                                  By:       /s/Michelle Q. Carter
                                                Brian M. Carter
                                                Michelle Q. Carter
                                                Attorneys for Plaintiff
                                                JOSIE KOCH

                                                BERTRAND, FOX & ELLIOTT

                                  By:       /s/Christine Lee
                                                Christine Lee
                                                Attorneys for Defendant
                                                SANTA ROSA JUNIOR COLLEGE

I, Michelle Q. Carter, hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

## **ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that:

    1) The ADR Phone Conference currently set for January 9, 2014 is continued to January 23, 2014 at 10:30 a.m.; and

    2) The January 7, 2014 deadline for filing Rule 26(f) Report, completing initial FRCivP 26(a)(1) disclosures or stating objection in Rule 26(f) Report and filing the Case Management Statement is continued to January 21, 2014; and

    3) The Case Management Conference currently set for January 14, 2014 is continued to January 28, 2014 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: January 3, 2014                                    _____
                                                        Hon. William H. Orrick
                                                        US DISTRICT JUDGE