Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendant
SONOMA COUNTY JUNIOR COLLEGE DISTRICT
(Sued Erroneously herein as SANTA ROSA JUNIOR COLLEGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE KOCH, | Case No. 3:13-cv-04512-WHO |
| Plaintiff, | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 4, 2014 AND ORDER** |
| v. | |
| SANTA ROSA JUNIOR COLLEGE, and DOES 1 through 20, inclusive, | |
| Defendants. | |
| | **Hon. William H. Orrick** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD**:

The parties, acting by and through their respective legal counsel, hereby stipulate to the continuing the Case Management Conference in the above-named matter from January 28, 2014 to February 4, 2014.

Good cause exists for this continuance because lead counsel for defendant SANTA ROSA JUNIOR COLLEGE DISTRICT, Eugene B. Elliot, has been scheduled for another court appearance in the Northern District in the Oakland courthouse on January 28, 2014.  The conflict was overlooked due to a calendaring error, despite counsels' diligence in pursuing a mutually agreeable date for all parties. Counsel for plaintiff has confirmed that he is available for, and agreed to continue the Case Management

1

1  Conference to, February 4, 2014 or a later date convenient for the Court.  All other deadlines and due

2  dates will remain the same.

3      The parties therefore respectfully request a continuance of the Initial Case Management

4  Conference from January 28, 2014 to February 4, 2014, or a date thereafter that is convenient for the

5  court.

   Dated:  January 7, 2014                        BERTRAND, FOX & ELLIOT

6

7

8                        By: _____*/s/ Christine Lee*_____

9                            Eugene B. Elliot
                           Christine Lee

10                             Attorneys for Defendant
                           SONOMA COUNTY JUNIOR COLLEGE

11                             DISTRICT

12     Dated:  January 7, 2014                    CARTER, CARTER, FRIES & GRUNSCHLAG

13

14

15                        By: _____*/s/ Michelle Carter*_____

16                             Brian M. Carter
                           Michelle Q. Carter

17                             Attorneys for Plaintiff
                           JOSIE KOCH

18

19

20                                **<u>ORDER</u>**

21      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that:

22      The Case Management Conference currently set for January 28, 2014 is continued to February 4,

23  2014 at 2 p.m.

24      IT IS SO ORDERED.

25

26  Dated:  January 9, 2014               _____
                           William H. Orrick

27                           U.S. DISTRICT JUDGE

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 4, 2014
US District Court Case No. 3:13-cv-04512-WHO