Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendant
SONOMA COUNTY JUNIOR COLLEGE DISTRICT
(Sued Erroneously herein as SANTA ROSA JUNIOR COLLEGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSIE KOCH,

     Plaintiff,

v.

SANTA ROSA JUNIOR COLLEGE, and
DOES 1 through 20, inclusive,

     Defendants.

Case No. 3:13-cv-04512-WHO

**STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE; ORDER**

**Hon. William H. Orrick**

## STIPULATION

Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT and plaintiff JOSIE KOCH by and through their respective attorneys of record, hereby stipulate as follows:

1.     By order dated June 12, 2014 the Settlement Conference before Magistrate Judge Maria-Elena James was continued to September 26, 2014 by Magistrate Judge Maria-Elena James.

2.     Pursuant to this Court's Order issued on June 12, 2014 the Case Management Conference scheduled for July 17, 2014 was continued to October 14, 2014, with the expectation that the Settlement Conference will have occurred prior to October 7, 2014.  In this same Order, the Court permitted the Settlement Conference to be rescheduled by the parties to a time that was convenient to Magistrate Judge Maria-Elena James and the parties and did not provide a deadline for attendance at the Settlement

1

1  Conference.

2      3.     The parties have submitted a stipulation to Settlement Conference Magistrate Judge

3  Maria-Elena James, to have the Settlement Conference currently set for September 26, 2014 rescheduled

4  to December 3, 2014.   The parties have respectfully requested that the Settlement Conference be

5  rescheduled in order to permit the parties to engage in required pre-conference discovery which has been

6  subject to repeated and ongoing delays due to the belated receipt of plaintiff's discovery responses which

7  has also inhibited the scheduling of plaintiff's deposition.   The plaintiff's responses to defendant's

8  discovery requests, propounded on April 16, 2014, were not received until August 19, 2014.  Absent a

9  rescheduling, the parties will be unable to meaningfully participate in the conference.

10     4.     For all the good cause stated above, the parties respectfully request this Court re-set the

11 Case Management Conference scheduled for October 14, 2014 to a date after December 3, 2014 as

12 convenient to the Court.

13     5.     The parties seek no modification of any other dates or deadlines.

14     6.     The parties respectfully request that the Court approve this stipulation and incorporate its

15 terms in an Order.

16     **IT IS SO STIPULATED.**

17

18 Dated:  August 25, 2014                          BERTRAND, FOX & ELLIOT

19

20                                        By:   ____/s/_____
                                               Michael C. Wenzel
21                                             Amy Leifur Halby
                                               Attorneys for Defendant
22                                             SONOMA COUNTY JUNIOR COLLEGE DISTRICT

23 Dated:  August 25, 2014                          CARTER, CARTER, FRIES & GRUNSCHLAG

24

25                                        By:   ____/s/_____
                                               Brian M. Carter
26                                             Michelle Q. Carter
                                               Attorneys for Plaintiff
27                                             JOSIE KOCH

STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER
US District Court Case No. 3:13-cv-04512-WHO

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.  The Case Management Conference scheduled for October 14, 2014 at 2:00 p.m. is continued to December 9, 2014 at 2:00 p.m.


**IT IS SO ORDERED.**

Dated:  August 26, 2014

_____
WILLIAM H. ORRICK
United States District Court Judge

STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER
US District Court Case No. 3:13-cv-04512-WHO