Eugene B. Elliot, State Bar No. 111475
Michael C. Wenzel, State Bar No. 215388
Amy Leifur Halby, State Bar No. 287216
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendant
SONOMA COUNTY JUNIOR COLLEGE DISTRICT
(Sued Erroneously herein as SANTA ROSA JUNIOR COLLEGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE KOCH,<br><br>       Plaintiff,<br><br>v.<br><br>SANTA ROSA JUNIOR COLLEGE, and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No. 3:13-cv-04512-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br><br><br>**Hon. William H. Orrick** |

## STIPULATION

Defendant SONOMA COUNTY JUNIOR COLLEGE DISTRICT and plaintiff JOSIE KOCH by and through their respective attorneys of record, hereby stipulate as follows:

1.  On November 20, 2014, the parties participated in a telephone conference with the Court to address the issue of the readiness of the matter to proceed to a Settlement Conference. Following that conference, the Court vacated all pending discovery deadlines and continued the trial date to October 19, 2015. The Court further agreed to recommend to Magistrate Judge Maria Elena-James that the Settlement Conference scheduled for December 3, 2014 be continued. The parties did not address the status of the upcoming December 9, 2014 Case Management Conference.

1

2. By notice dated November 21, 2014 (Docket No. 37) the Settlement Conference before Magistrate Judge Maria-Elena James was continued from December 3, 2014 to April 14, 2015.

3. Previously in this matter, and pursuant to this Court's Order issued on August 26, 2014 (Docket No. 31) the Case Management Conference scheduled for October 14, 2014 was continued to December 9, 2014, so that the Settlement Conference before Magistrate Judge Maria-Elena James could take place before the Case Management Conference.

4. Given the recent continuance of the Settlement Conference in this matter from December 3, 2014 to April 14, 2015, the parties respectfully request the Court continue the Case Management Conference in this matter scheduled for December 9, 2014 to a date after April 14, 2015 as convenient to the Court so that the parties can attend the Settlement Conference prior to the next Case Management Conference.

5. For all the good cause stated above, the parties respectfully request this Court re-set the Case Management Conference scheduled for December 9, 2014 to a date after April 14, 2015 as convenient to the Court.

6. The parties seek no modification of any other dates or deadlines.

7. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: December 3, 2014                         BERTRAND, FOX & ELLIOT

                                                By:   */s/ Michael C. Wenzel*
                                                      Michael C. Wenzel
                                                      Amy Leifur Halby
                                                      Attorneys for Defendant
                                                      SONOMA COUNTY JUNIOR COLLEGE DISTRICT

Dated: December 3, 2014                         CARTER, CARTER, FRIES & GRUNSCHLAG

                                                By:   */s/ Brian M. Carter*
                                                      Brian M. Carter
                                                      Michelle Q. Carter
                                                      Attorneys for Plaintiff
                                                      JOSIE KOCH

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.  The Case Management Conference scheduled for December 9, 2014 at 2:00 p.m. is continued to April 21, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  December 3, 2014

_____
WILLIAM H. ORRICK
United States District Court Judge